Civil No. 06-1044 (JAG)                                            2